MARGARET A. YOUNG and Another, Respondents, v. AMERICAN CENTRAL INSURANCE COMPANY, ST. LOUIS, MISSOURI, Appellant.— Motion for reargument denied, with ten dollars costs, and motion for leave to appeal to the Court of Appeals denied.

EDWARD HOBAICA, an Infant, by ABRAHAM HOBAICA, His Guardian ad Litem, Respondent, v. JAMES BYRNE, Appellant.— Motion for reargument denied, with ten dollars costs.

JAMES G. COMERFORD and Another, Respondents, v. FAHY MARKET, Appellant. — Motion for reargument denied, with ten dollars costs, and motion for leave to appeal to the Court of Appeals denied. Application for a stay of proceedings under section 591 of the Civil Practice Act granted.

JAMES O. SEBRING, Respondent, v. ABRAHAM J. GOLDMAN, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES O. SEBRING, Appellant, v. MUNSON B. DOWD and Others, as Assessors of the City of Corning, Steuben County, New York, Respondents.— Motion granted and appeal dismissed unless appellant file and serve his typewritten briefs on or before March 16, 1923, and be ready for argument by March 19, 1923.

MICHAEL TERRANOVA, Respondent, v. SOUTHERN PACIFIC COMPANY, Appellant. — It appearing that there are not four justices of this court qualified to sit in the hearing of the appeal, said appeal is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 618 of the Civil Practice Act. Hubbs, P. J., Clark, and Crouch, JJ., being disqualified.

JOSEPH IGLINSKI, Respondent, v. TOWN OF NEW ALBION, Appellant.— Appeal dismissed, without costs upon stipulation filed.

In the Matter of the Application of MARGARET M. SHICKLER for a Writ of Mandamus against FRANK X. SCHWAB and Others, Members of the Council of the City of Buffalo.— Appeal dismissed, without costs, upon stipulation filed.

FRANK H. RUSSELL, Respondent, v. JOSEPH PICHLER and Another, Appellants. — Judgments of Onondaga County Court and Syracuse Municipal Court reversed upon the facts and the law and new trial granted in Syracuse Municipal Court, with costs in all courts to the appellant to abide event. Opinion by Davis, J. [Withheld from publication by direction of the court.] All concur.